*PELUSO & TOUGER, LLP*
*408 BROADWAY*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*
*PH. NO. (212) 608-1234*

By ECF
April 21, 2026

Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: United States v. Hassan Brown, 22 CR 600 (LAP)

Your Honor,

I write to respectfully request that the Court allow interim vouchers in this matter. As the Court is aware there is a very high volume of Discovery to review in this matter which will then have to be discussed in detail with my client. Thus, it would be very helpful to the financial security of counsel if we could file interim vouchers.

Thank you very much for your consideration in this matter.

Most Respectfully,

David Touger

SO ORDERED.

Loretta A. Preska
United States District Judge

April 29, 2026