UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

HASSAN BROWN,

Defendant.

**ORDER**

S1 22 Cr. 600 (LAP)

WHEREAS, with the consent of defendant Hassan Brown, the defendant's guilty plea allocution was taken before United States Magistrate Judge Robert W. Lehrburger on August 17, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. A sentencing control date is set for November 17, 2026 at 10:00 AM.

**SO ORDERED.**

Dated: New York, New York
August 19, 2026

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK