UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>HASSAN BROWN,<br><br>Defendant. | 22-CR-600 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Sentencing is adjourned to December 9, 2026 at 10:00 AM.

**SO ORDERED.**

Dated: New York, New York
August 20, 2026

Loretta A. Preska

______________________________
LORETTA A. PRESKA
Senior United States District Judge